EXHIBIT D

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

| U.S. Patent No. 6,208,948 | Mack Trucks' GuardDog Connect |
|---|---|
| 9. Diagnostic process for electronically controlled systems arranged within an overall system which can be implemented via computers, the diagnostic process comprising the acts of: | Mack Trucks' GuardDog Connect comprises a diagnostic process for electronically controlled systems arranged within an overall system which can be implemented via computers.<br><br>For example, Mack Trucks' GuardDog Connect comprises a diagnostic platform with over-the-air integration providing customers with real-time information regarding the health of a vehicle. The platform provides detailed diagnostics and recommended actions to fleet managers and/or vehicle operators. Mack Trucks' GuardDog Connect monitors each vehicle's diagnostics to detect when a diagnostic code is activated.<br><br>**Mack Trucks Delivers 25000th Truck Equipped with GuardDog Connect**<br>07-23-2015<br><br>**GREENSBORO, NC (July 23, 2015)** – Mack Trucks has activated its award-winning Mack® GuardDog® Connect integrated telematics solution in more than 25,000 Mack models. The 25,000th truck, a Mack Pinnacle™ model, recently was delivered to Cresson, Texas-based 3 Star Daylighting. Mack launched the proactive diagnostic and repair planning solution in 2014.<br>Mack GuardDog Connect monitors critical fault codes that could potentially shut down a truck or lead to an unplanned visit to the dealer, reducing diagnostic and repair times by up to 70 percent and 21 percent respectively.<br><br>Standard in Mack Granite®, Pinnacle, Titan by Mack and TerraPro® concrete pumper models, GuardDog Connect is a key component of Mack's customer uptime support, which is managed through Mack's Uptime Center located near Mack's Greensboro, North Carolina, headquarters. The facility houses personnel from every customer support function, including Mack OneCall™ live support, connecting them to customers and dealers through Mack ASIST, a web-based service management system that connects fleet managers and service providers in real time to enable faster repairs. |

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

| | |
|---|---|
| | Mack Trucks Delivers 25000th Truck Equipped with GuardDog Connect.<br><br>The telematics system will tell the driver if he needs immediate work done and direct him to the nearest dealer while simultaneously telling the dealer what the problem is, what materials or supplies will be needed to fix the problem and to schedule an open day in time for the trucks arrival.<br><br>Mack is bolstering this telematics alert system with a variety of human resources including the Mack Assist service management systems, the Truck Diagnostics System and Mack OneCall agents.<br><br>https://www.equipmentworld.com/technology/article/14964585/mack-trucks-expands-telematics-program-with-guarddog-services-support. |
| loading a diagnostics program filed in a computer of a first type and loading of data of a first type, which essentially comprise diagnosis-relevant data of the electronically controlled systems in one or more computers of a second type available at one or several arbitrary locations, the diagnostics program being transmitted by way of a network based on Internet | Mack Trucks' GuardDog Connect involves loading a diagnostics program filed in a computer of a first type and loading of data of a first type, which essentially comprise diagnosis-relevant data of the electronically controlled systems in one or more computers of a second type available at one or several arbitrary locations, the diagnostics program being transmitted by way of a network based on Internet technology from the computer of the first type to the one or more computers of the second type, the computer of the first type and the one or more of the second type being capable of exchanging data and programs with one another. |

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

| | |
|---|---|
| technology from the computer of the first type to the one or more computers of the second type, the computer of the first type and the one or more of the second type being capable of exchanging data and programs with one another; | **Mack Increases Customer Uptime With Over The Air Software Updates**<br>02-28-2017<br><br>**GREENSBORO, NC** (Feb. 28, 2017) – Mack Trucks today launched Mack® Over The Air (OTA), enabling customers to update software without disrupting their schedules, increasing operational efficiency and uptime. Mack announced the offer at the American Trucking Associations' Technology & Maintenance Council annual meeting in Nashville, Tennessee.<br><br>"Mack Over The Air represents the next step in Mack's industry-leading approach to uptime," said David Pardue, vice president of connected vehicles and uptime services for Mack Trucks. "Our customers can now make these updates whenever and wherever it is convenient for them."<br><br>Two categories of software updates are available through Mack Over The Air, one for powertrain components, and the other for vehicle parameters like road speed limits, optimizing performance particularly for customers with trucks that change duty cycles based on factors such as economics, load type and geographic area.<br><br>Mack Over The Air capitalizes on fully integrated Mack GuardDog® Connect telematics hardware to deliver the software updates directly to customers with minimal interruption to their operations.<br><br>GuardDog Connect comes standard on every Mack model equipped with a Mack engine and provides proactive monitoring and repair planning, enabling real-time diagnosis of issues, scheduling of repairs and confirmation that needed parts are in stock and ready to install. Combined with Mack ASIST and Mack's live OneCall™ uptime agents, GuardDog Connect delivers the right mix of people and technology to provide decision-critical information to maximize customer uptime.<br><br>Mack Improves Refuse Customers' Uptime With Mack® Over The Air (OTA) \| Mack Trucks. |

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

|  |  |
|---|---|
|  | The telematics system will tell the driver if he needs immediate work done and direct him to the nearest dealer while simultaneously telling the dealer what the problem is, what materials or supplies will be needed to fix the problem and to schedule an open day in time for the trucks arrival.<br><br>Mack is bolstering this telematics alert system with a variety of human resources including the Mack Assist service management systems, the Truck Diagnostics System and Mack OneCall agents.<br><br>Mack Trucks expands telematics program with GuardDog services support \| Equipment World. |

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948



{3c0256d1-08c2-488b-83da-d97fe01263df}_OTA_Flyer.pdf (macktrucks.com)

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

| | |
|---|---|
| expanding the loaded diagnostics program by directly loadable libraries filed in each computer of the second type; and | On information and belief, Mack Trucks' GuardDog Connect expands the loaded diagnostics program by directly loadable libraries filed in each computer of the second type. <br><br> **Mack Increases Customer Uptime With Over The Air Software Updates** <br> 02-28-2017 <br><br> **GREENSBORO, NC** (Feb. 28, 2017) – Mack Trucks today launched Mack® Over The Air (OTA), enabling customers to update software without disrupting their schedules, increasing operational efficiency and uptime. Mack announced the offer at the American Trucking Associations' Technology & Maintenance Council annual meeting in Nashville, Tennessee. <br><br> "Mack Over The Air represents the next step in Mack's industry-leading approach to uptime," said David Pardue, vice president of connected vehicles and uptime services for Mack Trucks. "Our customers can now make these updates whenever and wherever it is convenient for them." <br><br> Two categories of software updates are available through Mack Over The Air, one for powertrain components, and the other for vehicle parameters like road speed limits, optimizing performance particularly for customers with trucks that change duty cycles based on factors such as economics, load type and geographic area. <br><br> Mack Over The Air capitalizes on fully integrated Mack GuardDog® Connect telematics hardware to deliver the software updates directly to customers with minimal interruption to their operations. <br><br> GuardDog Connect comes standard on every Mack model equipped with a Mack engine and provides proactive monitoring and repair planning, enabling real-time diagnosis of issues, scheduling of repairs and confirmation that needed parts are in stock and ready to install. Combined with Mack ASIST and Mack's live OneCall™ uptime agents, GuardDog Connect delivers the right mix of people and technology to provide decision-critical information to maximize customer uptime. <br><br> Mack Improves Refuse Customers' Uptime With Mack® Over The Air (OTA) | Mack Trucks. |

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

|  | |
|---|---|
|  | On information and belief, the installed diagnostic program stored in the vehicle is updated with the latest version via the over-the-air application and overwrites the previously stored program on the vehicle. In addition, on information and bleief, in connection with an update of any software program files, associated library files (e.g., lib.dll) are also updated according to the latest version of the software. |
| implementing the expanded diagnostics program, the expanding diagnostics program intervening, by way of devices for permitting an interaction between a computer of the second type and the electronically controlled systems of the overall system, into the electronically controlled systems; and | Mack Trucks' GuardDog Connect implements the expanded diagnostics program, the expanded diagnostics program intervening, by way of devices for permitting an interaction between a computer of the second type and the electronically controlled systems of the overall system, into the electronically controlled systems. |

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

# MACK OTA – OVER THE AIR
## PARAMETER OFFERING OVERVIEW

**24 Different Parameter Update Options:**
- 17 Individual Parameters that can be dialed to customer's preference.
- 7 kits that configure over 200 parameters to get a specified result.

**Road Speed**
- Road Speed Limit, Max
- Road Speed Limit, Pedal

**Cruise**
- Cruise Control Max Speed
- Soft Cruise, Enable
- Gentle Shift (Kit)
- Eco Level Used in Soft Cruise Function

**Transmission**
- Transmission Kick Down Mode
- Highest Start Gear in Manual Mode
- Highest Start Gear in Automatic Mode
- Transmission Performance Mode

**Idle Shutdown**
- Enable/Disable (Kit)
- Three Minute (Kit)
- Ambient Temp Inhibit (Kit)
- Engine Idle shutdown time
- Disable Park Brake condition for Idle Shutdown
- Engine load limit in PTO to allow Idle Shutdown
- Min ambient temp to allow Idle Shutdown
- Max ambient temp to allow Idle Shutdown
- Max Engine temp to allow Idle Shutdown
- Idle Shutdown Warning Time
- Idle Shutdown Warm-up Temperature

**Fuel Economy Kits**
- Performance (Kit)
- Balanced (Kit)
- Economy (Kit)

over-the-air-overview (from Mack website.pdf).

## GuardDog Connect cases:

- Certain DTC/Faults can be improved with a Remote Software Update

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

| | |
|---|---|
| | over-the-air-overview (from Mack website.pdf. |
| wherein the computer of the first type is a server set up at a central point, and the data of the first type additionally comprises data and diagnostic results generated by the intervention of the expanded diagnostic program in the electronically controlled systems. | Mack Trucks' GuardDog Connect utilizes a computer of the first type that is a server set up at a central point, and the data of the first type additionally comprises data and diagnostic results generated by the intervention of the expanded diagnostic program in the electronically controlled systems.<br><br>**GuardDog Connect:**<br>Wirelessly updates software through Over The Air (OTA) software updates<br><br>Connects drivers to a live network of support staff and repair centers through Mack ASIST<br><br>Provides peace of mind to owners and operators alike<br><br>| IDENTIFIES | ALERTS | DELIVERS |<br>|---|---|---|<br>| Fault Codes | Decision-Maker | Prompt repair scheduling and assures all required parts are available |<br>| Diagnostic Needs | OneCall Roadside Assistance | Timely updates to all parties, keeping teams on the same page throughout the repair process |<br>| Maintenance Milestones | Service Providers | Required maintenance tracking and repair information, reducing administrative costs |<br><br>https://www.macktrucks.com/parts-and-services/uptime-solutions/guarddog/. |

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948



{3c0256d1-08c2-488b-83da-d97fe01263df}_OTA_Flyer.pdf (macktrucks.com)

Preliminary Comparison of Mack Trucks' GuardDog Connect with U.S. Patent No. 6,208,948

| | |
|---|---|
| | ## Mack Increases Customer Uptime With Over The Air Software Updates<br>02-28-2017<br>**GREENSBORO, NC** (Feb. 28, 2017) – Mack Trucks today launched Mack® Over The Air (OTA), enabling customers to update software without disrupting their schedules, increasing operational efficiency and uptime. Mack announced the offer at the American Trucking Associations' Technology & Maintenance Council annual meeting in Nashville, Tennessee.<br><br>"Mack Over The Air represents the next step in Mack's industry-leading approach to uptime," said David Pardue, vice president of connected vehicles and uptime services for Mack Trucks. "Our customers can now make these updates whenever and wherever it is convenient for them."<br><br>Two categories of software updates are available through Mack Over The Air, one for powertrain components, and the other for vehicle parameters like road speed limits, optimizing performance particularly for customers with trucks that change duty cycles based on factors such as economics, load type and geographic area.<br><br>Mack Over The Air capitalizes on fully integrated Mack GuardDog® Connect telematics hardware to deliver the software updates directly to customers with minimal interruption to their operations.<br><br>GuardDog Connect comes standard on every Mack model equipped with a Mack engine and provides proactive monitoring and repair planning, enabling real-time diagnosis of issues, scheduling of repairs and confirmation that needed parts are in stock and ready to install. Combined with Mack ASIST and Mack's live OneCall™ uptime agents, GuardDog Connect delivers the right mix of people and technology to provide decision-critical information to maximize customer uptime.<br><br>[Mack Improves Refuse Customers' Uptime With Mack® Over The Air (OTA) \| Mack Trucks](#). |