# EXHIBIT E

Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737

| Claim language | Applicability |
|---|---|
| 1. A system for detecting hazardous conditions during operation of a vehicle, comprising: | Mack has provided trucks including a system for detecting hazardous conditions during operation of a vehicle.<br><br>For example since at least 2012, Mack has provided trucks including adaptive cruise control with braking ("ACB").<br><br>Mack Trucks expanded its safety offer for on-highway customers with the addition of a collision mitigation technology, which can help avoid rear-end collisions.<br><br>Bendix Wingman Advanced collision mitigation technology is now an option on all Mack Pinnacle highway models.<br><br>The Wingman Advanced system provides adaptive cruise control with braking that actively intervenes to help drivers maintain a safe following distance by reducing the throttle; engaging the engine retarder; or, if necessary, applying the foundation brakes to help avoid collisions or at least lessen the severity.<br><br>https://www.truckinginfo.com/152305/mack-trucks-offers-advanced-collision-avoidance-technology |
| a plurality of sensors that monitor a plurality of conditions and transmit condition signals each representing a measure of a condition; | Mack trucks with ACB include a plurality of sensors that monitor a plurality of conditions and transmit condition signals each representing a measure of a condition (e.g., vehicle speed, relative distance/velocity to a vehicle ahead, and the driver's operation of the brake or accelerator pedal). |



Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737



Wingman ACB User Manual at 3.

> ⚠ **Following Distance Alert (FDA) provides both audible and visual alerts whenever the distance between your vehicle and the vehicle ahead is less than the set distance and getting closer. The FDA is active whenever the vehicle is moving (whether or not cruise control is engaged.)** If the following distance continues to decrease, the driver will hear more rapid audible alerts. When the distance interval reaches a critical point, typically a red LED also illuminates on the instrument cluster. The FDA may be accompanied by a message on the dash screen saying "Distance Alert", or similar text. Once the audible alert is given, the driver must increase the distance between his/her vehicle and the vehicle ahead until the audible alert stops.

Wingman ACB User Manual at 4.

2



Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737

| | |
|---|---|
| | ⚠ **Stationary Object Alert (SOA)** – The Bendix® Wingman® ACB system will give up to 3.0 seconds warning to the driver when approaching, in your lane of travel, sizable stationary objects with reflective surfaces. The SOA is active whenever the vehicle is moving (whether or not cruise control is engaged.)<br><br>The driver should be especially careful when approaching certain types of vehicles and objects. The Bendix® Wingman® ACB sensor may not be able to detect vehicles and objects with limited metal surfaces (such as recreational vehicles, horse-drawn buggies, motorcycles, logging trailers, etc.). *NOTE: Entering a curve will reduce the alert time to less than 3 seconds.*<br><br>⚠ **Brake Overuse Warning** – The Bendix® Wingman® ACB provides a warning when the system is intervening and using the foundation brakes excessively. Overuse of the foundation brakes can lead to the brakes overheating and a potential loss of braking performance from brake fade. <br><br>Wingman ACB User Manual at 5. |
| a plurality of rate determination circuits coupled to the sensors that continually receive the condition signals, wherein each rate determination circuit calculates rates of | Mack trucks with ACB include a plurality of rate determination circuits coupled to the sensors that continually receive the condition signals, wherein each rate determination circuit calculates rates of change for the condition, including a baseline rate of change, and outputs a potential hazard value representing a deviation of a rate of change from the baseline rate that exceeds a predetermined threshold value (e.g., a vehicle ahead slows down, prompting a following distance alert). |



Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737

| | |
|---|---|
| change for the condition, including a baseline rate of change, and outputs a potential hazard value representing a deviation of a rate of change from the baseline rate that exceeds a predetermined threshold value; and | - **If the vehicle in front of you slows down** below your cruise control's set speed, the system will intervene and, as necessary, in this order:<br>  (a) de-throttle the engine, and<br>  (b) apply the engine retarder, and<br>  (c) apply the foundation brakes,<br>in an attempt to maintain the set following distance behind the vehicle ahead. *NOTE: If during the intervention, it is necessary to apply the foundation brakes, the vehicle will not automatically resume to the set speed.*<br><br>Wingman ACB User Manual at 9.<br><br>### The Forward Vehicle Detected Icon<br><br>When Bendix® Wingman® ACB is switched on and set and a vehicle ahead of you is detected by the radar, the forward vehicle detected icon, or similar, on the vehicle dashboard will illuminate.<br><br>This is an indication to the driver that Bendix® Wingman® ACB is actively managing the distance between your vehicle and the vehicle ahead, and that Bendix® Wingman® ACB may automatically intervene to maintain the set following distance.<br><br><br>*Example of DIU forward vehicle detected display* |



Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737

| | |
|---|---|
| | **What is Following Distance?**<br><br>Following distance refers to the time gap, measured in seconds, between your vehicle and the vehicle ahead. Note that the actual physical distance between your vehicle and the vehicle traveling ahead will vary based on your set cruise speed; although the set time gap remains the same for all set cruise speeds.<br><br>| Situation | System Indication/ Alerts | Actions by Wingman® ACB |<br>|---|---|---|<br>| Cruise not on, or not set, the vehicle ahead slows rapidly. | The Following Distance Alert (fast beeping sound), or Impact Alert warning (continuous tone) is given. | None by the Bendix® Wingman® ACB. The driver must take appropriate action. |<br><br>Wingman ACB User Manual at 1. |
| an evaluation circuit that receives the potential hazard value, calculates a new potential hazard value using the potential hazard value and a rate of change for at least one associated condition and determines whether an actual hazard exists by comparing the new potential hazard value | Mack trucks with ACB include an evaluation circuit that receives the potential hazard value, calculates a new potential hazard value using the potential hazard value and a rate of change for at least one associated condition and determines whether an actual hazard exists by comparing the new potential hazard value with a stored value that corresponds to the condition (e.g., determining whether and how to reduce speed based on factors including the vehicle's speed, the distance from the vehicle ahead, closing rate to the vehicle ahead, and the grade of the road). |



Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737

| | Situation | System Indication/ Alerts | Actions by Wingman® ACB |
|---|---|---|---|
| with a stored value that corresponds to the condition. | With cruise set and a forward vehicle present (in range) ahead of you. | The cruise control ON indicator is illuminated and the forward vehicle detected icon will be illuminated. | ACB will maintain the set speed and following distance. |
| | With cruise set, the vehicle ahead slows moderately. | The Following Distance Alert (FDA) – a fast beeping – will sound. | The vehicle will be slowed by (in order) (a) reducing throttle, (b) engaging the engine retarder, or (c) applying the foundation brakes. If the foundation brakes are applied, cruise control and Bendix® Wingman® ACB are cancelled. The driver needs to reengage cruise control. |
| | With cruise set, the vehicle ahead slows rapidly. | The Following Distance Alert (fast beeping) is given, and may be followed by the Impact Alert warning (continuous tone), and a text message appears on the dash screen or Bendix® DIU display. | The vehicle will be de-throttled, the engine retarder engaged and the foundation brakes applied. Bendix® Wingman® ACB cancels after the event; driver needs to reengage cruise. |

6



Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737

| | | |
|---|---|---|
| Cruise not on, or not set, the vehicle ahead slows rapidly. | The Following Distance Alert (fast beeping sound), or Impact Alert warning (continuous tone) is given. | None by the Bendix® Wingman® ACB. The driver must take appropriate action. |
| With cruise set, but no vehicle ahead detected (vehicles ahead are further away than 500 feet). | None. | Vehicle maintains set speed. |
| With the cruise set, if a vehicle cuts in front of the truck and speeds away. | Depending on the exact ACB system configuration that has been set for the vehicle, and how close the vehicle cuts in front, Following Distance Alerts will be given to the driver. | Typically, if the vehicle ahead does not cut in within a set distance and then speeds away, the ACB vehicle maintains the set speed. |

Wingman ACB User Manual at 12.



Preliminary Comparison of Mack Trucks with U.S. Patent No. 5,978,737

| Situation | System Indication/ Alerts | Actions by Wingman® ACB |
|---|---|---|
| With cruise set, a vehicle cuts in front of the truck within range of the sensor and slows down. | The system alerts using the Following Distance Alert (fast beeping). Depending on how rapidly the vehicle ahead slows, the system may initiate an Impact Alert warning. | ACB reduces the throttle and retards the engine; the foundation brakes also may be engaged. |
| With cruise set, and a vehicle detected ahead, the vehicle goes down a grade. (Downhill grade use is not recommended - see page 3.) | If the ACB system intervenes and has to apply the brakes for a long period of time, or applies them repeatedly for an extended duration, a Brake Overuse Warning will appear on the dash display. | (See the CDL manual instructions on proper gear usage for down grades.) ACB de-throttles, then uses the engine retarder, followed by braking. If the brakes remain on for an extended duration, the display requests that the driver intervene, and if ACB detects no intervention, it may shut itself down (see page 18). |

Wingman ACB User Manual at 13.

8

