# EXHIBIT F

Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| Claim language | Applicability |
|---|---|
| 17. An integrated in-vehicle information and fleet management system comprising: | Mack GuardDog Connect comprises an integrated in-vehicle information and fleet management system.<br><br>**GREENSBORO, NC (July 23, 2015)** – Mack Trucks has activated its award-winning Mack® GuardDog® Connect integrated telematics solution in more than 25,000 Mack models. The 25,000th truck, a Mack Pinnacle™ model, recently was delivered to Cresson, Texas-based 3 Star Daylighting. Mack launched the proactive diagnostic and repair planning solution in 2014.<br><br>Mack GuardDog Connect monitors critical fault codes that could potentially shut down a truck or lead to an unplanned visit to the dealer, reducing diagnostic and repair times by up to 70 percent and 21 percent respectively.<br><br>Standard in Mack Granite®, Pinnacle, Titan by Mack and TerraPro® concrete pumper models, GuardDog Connect is a key component of Mack's customer uptime support, which is managed through Mack's Uptime Center located near Mack's Greensboro, North Carolina, headquarters. The facility houses personnel from every customer support function, including Mack OneCall™ live support, connecting them to customers and dealers through Mack ASIST, a web-based service management system that connects fleet managers and service providers in real time to enable faster repairs.<br><br>https://www.macktrucks.com/mack-news/2015/mack-trucks-delivers-25k-trucks-equipped-with-guarddog-connect/ |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Tvq5T2Vp0rk&feature=emb_imp_woyt |
| (a) a central controller; | Mack GuardDog Connect includes a central controller. |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| | **GREENSBORO, NC (July 23, 2015)** – Mack Trucks has activated its award-winning Mack® GuardDog® Connect integrated telematics solution in more than 25,000 Mack models. The 25,000th truck, a Mack Pinnacle™ model, recently was delivered to Cresson, Texas-based 3 Star Daylighting. Mack launched the proactive diagnostic and repair planning solution in 2014. Mack GuardDog Connect monitors critical fault codes that could potentially shut down a truck or lead to an unplanned visit to the dealer, reducing diagnostic and repair times by up to 70 percent and 21 percent respectively. <br><br> Standard in Mack Granite®, Pinnacle, Titan by Mack and TerraPro® concrete pumper models, GuardDog Connect is a key component of Mack's customer uptime support, which is managed through Mack's Uptime Center located near Mack's Greensboro, North Carolina, headquarters. The facility houses personnel from every customer support function, including Mack OneCall™ live support, connecting them to customers and dealers through Mack ASIST, a web-based service management system that connects fleet managers and service providers in real time to enable faster repairs. <br><br> https://www.macktrucks.com/mack-news/2015/mack-trucks-delivers-25k-trucks-equipped-with-guarddog-connect/ |

3



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| |  https://www.youtube.com/watch?v=Tvq5T2Vp0rk&feature=emb_imp_woyt |
|---|---|
| (b) a local controller including a wireless communication interface for communication with said | Mack GuardDog Connect includes a local controller including a wireless communication interface for communication with said central controller. |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| central controller; | **GREENSBORO, NC (July 23, 2015)** – Mack Trucks has activated its award-winning Mack® GuardDog® Connect integrated telematics solution in more than 25,000 Mack models. The 25,000th truck, a Mack Pinnacle™ model, recently was delivered to Cresson, Texas-based 3 Star Daylighting. Mack launched the proactive diagnostic and repair planning solution in 2014.<br>Mack GuardDog Connect monitors critical fault codes that could potentially shut down a truck or lead to an unplanned visit to the dealer, reducing diagnostic and repair times by up to 70 percent and 21 percent respectively.<br><br>https://www.macktrucks.com/mack-news/2015/mack-trucks-delivers-25k-trucks-equipped-with-guarddog-connect/ |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| | **GuardDog® Connect**<br><br>⚠ **NOTE**<br>Do not run any electrical accessories or inverter during remote software update operation.<br><br>Your vehicle is equipped with one or more recording devices (Telematics Device), associated with Mack's Connected Vehicle Services and (Telematics Services).<br><br>These services, which are described in greater detail at www.macktrucks.com, allow you to manage vehicle maintenance and repair in a cost-effective manner by providing:<br><br>• proactive, diagnostic repair planning assistance with detailed analysis of diagnostic trouble codes<br>• streamlined service procedures with parts-on-hand confirmation before a truck arrives for service<br>• live dealer and customer communication<br>• remote updates to vehicle software and configuration<br><br>The service eliminates or reduces diagnostics time, enhances repair efficiency, expedites decision process, improves communications, and maximizes uptime.<br><br>3 | |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| | To access the Telematics Services, you must enter into a Telematics Subscription Agreement. This can be done at the time of the vehicle delivery or through the website. |
| | The Telematics Device collects, stores and/or transmits information about your vehicle. Such information may include direction and rate of speed, fuel consumption, engine performance, gearing, rpm, altitude, geo-location (including a history of where the vehicle travels), safety information related to the use and operation of the vehicle, vehicle performance, diagnostic data, configuration information, and error codes. |
| | The Telematics Device has the capacity to store historical data about the use and performance of your vehicle, and to remotely update vehicle software and configuration to improve performance. The Telematics Device has the ability to transmit information to a central communications system. The information contained in your Telematics Device may be periodically transmitted to or accessed by Mack and others authorized by Mack, along with your vehicle's VIN number or other identifying information. |
| | https://bigtruckrental.com/wp-content/uploads/2019/01/M755-042911GU.pdf at 3-4. |
| (c) a geo-location device located in said vehicle for providing current geo-location information of | Mack GuardDog Connect includes a geo-location device located in said vehicle for providing current geo-location information of said vehicle to said local controller.<br><br>**GREENSBORO, NC (June 16, 2016)** – Mack Trucks today announced an expansion of its fleet management services with the addition of Mack® Omnitracs Integrated Telematics. Powered by Omnitracs, LLC, a global pioneer of fleet management solutions for transportation and logistics companies, Mack Omnitracs Integrated Telematics utilizes Mack's factory-installed telematics |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| said vehicle to said local controller; | hardware to help boost productivity and safety by providing real-time GPS location information, as well as driver performance data.<br><br>https://www.macktrucks.com/mack-news/2016/mack-trucks-increases-productivity-with-omnitracs/ |
| (d) an output device associated with said local controller for presenting said user with a geo-location specific information received from said central controller, said information being based on said current geo-location obtained from said local controller; | Mack GuardDog Connect includes an output device associated with said local controller for presenting said user with a geo-location specific information received from said central controller, said information being based on said current geo-location obtained from said local controller.<br><br>The telematics system will tell the driver if he needs immediate work done and direct him to the nearest dealer while simultaneously telling the dealer what the problem is, what materials or supplies will be needed to fix the problem and to schedule an open day in time for the trucks arrival.<br><br>https://www.equipmentworld.com/mack-trucks-expands-telematics-program-with-guarddog-services-support/ |
| (e) an interface associated with said central | Mack GuardDog Connect includes an interface associated with said central controller for input by a fleet operator of fleet management request for information from said central controller. |

8



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| controller for input by a fleet operator of fleet management request for information from said central controller; and | Built on the **Mack GuardDog® Connect** telematics solution platform, Mack Fleet Management Services is available on **Mack Pinnacle™**, **Granite®** and **Titan by Mack** models. Factory-installed hardware provides detailed vehicle information, including fleet and compliance management data, and eliminates the need for aftermarket hardware purchases and installation costs.<br><br>Mack Fleet Management Services "provides real-time visibility into vehicle and driver performance," such that "customers can view critical information for all the trucks in their fleets on one dashboard to help run their fleets safely and efficiently." https://www.macktrucks.com/mack-news/2014/mack-fleet-management-services-improves-operational-efficiency/ |
| (f) an output device associated with said central controller for presenting said fleet operator with a geo-location specific information received from said local controller. | Mack GuardDog Connect includes an output device associated with said central controller for presenting said fleet operator with a geo-location specific information received from said local controller. |

9



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | | |
|---|---|---|
| | | To access the Telematics Services, you must enter into a Telematics Subscription Agreement. This can be done at the time of the vehicle delivery or through the website.<br><br>The Telematics Device collects, stores and/or transmits information about your vehicle. Such information may include direction and rate of speed, fuel consumption, engine performance, gearing, rpm, altitude, geo-location (including a history of where the vehicle travels), safety information related to the use and operation of the vehicle, vehicle performance, diagnostic data, configuration information, and error codes.<br><br>The Telematics Device has the capacity to store historical data about the use and performance of your vehicle, and to remotely update vehicle software and configuration to improve performance. The Telematics Device has the ability to transmit information to a central communications system. The information contained in your Telematics Device may be periodically transmitted to or accessed by Mack and others authorized by Mack, along with your vehicle's VIN number or other identifying information.<br><br>https://bigtruckrental.com/wp-content/uploads/2019/01/M755-042911GU.pdf at 4. |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365



https://www.youtube.com/watch?v=Tvg5T2Vp0rk&feature=emb_imp_woyt

11



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=Tvg5T2Vp0rk |
| 18. A system as defined in claim 17, including vehicle sensor inputs coupled to said local controller for | Mack GuardDog Connect includes vehicle sensor inputs coupled to said local controller for providing vehicle operation parameters to said local controller. |



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| providing vehicle operation parameters to said local controller. | To access the Telematics Services, you must enter into a Telematics Subscription Agreement. This can be done at the time of the vehicle delivery or through the website.<br><br>The Telematics Device collects, stores and/or transmits information about your vehicle. Such information may include direction and rate of speed, fuel consumption, engine performance, gearing, rpm, altitude, geo-location (including a history of where the vehicle travels), safety information related to the use and operation of the vehicle, vehicle performance, diagnostic data, configuration information, and error codes.<br><br>The Telematics Device has the capacity to store historical data about the use and performance of your vehicle, and to remotely update vehicle software and configuration to improve performance. The Telematics Device has the ability to transmit information to a central communications system. The information contained in your Telematics Device may be periodically transmitted to or accessed by Mack and others authorized by Mack, along with your vehicle's VIN number or other identifying information.<br><br>https://bigtruckrental.com/wp-content/uploads/2019/01/M755-042911GU.pdf at 4. |
| 20. A system as defined in claim 17, said transmission being triggered by detecting that said vehicle is | Mack GuardDog Connect includes triggering a transmission by detecting that said vehicle is within or approaching one of a plurality of pre-stored geo-locations. |

13



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365

| | |
|---|---|
| within or approaching one of a plurality of pre-stored geo-locations. | ![GuardDog Connect video screenshot showing "everything's updated in real time Mac even uses geofencing to track how"] |

14



Preliminary Comparison of Mack GuardDog Connect with Fleet Management Services with U.S. Patent No. 6,240,365



https://www.youtube.com/watch?v=Tvg5T2Vp0rk

As an enhancement to its GuardDog Connect, Mack now has geofencing around its dealerships. Geofencing establishes a virtual perimeter determined by GPS coordinates around a dealership. Any vehicle equipped with GuardDog Connect communicates with the geofence to identify each time the vehicle enters or leaves a dealer location.

https://www.forconstructionpros.com/trucks/trucks-accessories/heavy-trucks-class-7-8/news/11317881/mack-trucks-going-after-highway-market

